IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD R. HOLTZ,

Petitioner,

v.

BRAD ROBERT and
Attorney General of the
State of Illinois,

Respondents.                                             No. 08-0219-DRH

## ORDER

**HERNDON, Chief Judge:**

On March 21, 2008, Ronald R. Holtz filed a motion for leave to file petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1). The case was randomly assigned to the undersigned Chief Judge. A review of the pleadings indicates that Holtz's prior petition for writ of habeas corpus was previously assigned to Senior District Judge William D. Stiehl. ***See Holtz v. Bowen***, **03-CV-0649-WDS**.[1] Cognizant of the Seventh Circuit's position that related cases filed within the same U.S. District Court should be transferred to (or consolidated before) a single District Judge, ***see, e.g. Smith v. Check-N-Go of Illinois, Inc.*, 200 F.3d 511, 513 n.1 (7th Cir. 1999);** ***Blair v. Equifax Check Services, Inc.*, 181 F.3d 832, 839 (7th Cir. 1999)**, the Court **TRANSFERS** this case to Judge Stiehl for further proceedings. All further pleadings shall bear the cause number 08-CV-0219-WDS.

**IT IS SO ORDERED.**

Signed this 31st day of March, 2008.

/s/    *David R Herndon*
**Chief Judge**
**United States District Court**

---

[1] Judge Stiehl dismissed Holtz's petition for failure to exhaust administrative remedies on March 17, 2005 (**See 03-CV-649; Doc. 15**).