IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RONALD R. HOLTZ,** | ) |
| **Petitioner,** | ) |
| vs. | ) CIVIL NO. 08-219-GPM |
| **BRAD ROBERT, Warden,** | ) |
| **Respondent.** | ) |

# **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

On May 27, 2009, this Court entered final judgment and dismissed the petition for writ of habeas corpus on the merits. (*See* Docs. 30, 31.) Petitioner filed a notice of appeal on June 30, 2009, and he now moves for a certificate of appealability (*see* Docs. 32, 34).

Pursuant to 28 U.S.C. § 2253, Petitioner may not proceed on appeal without a certificate of appealability. Section 2253(c)(2) provides that a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." Section 2253(c)(3) further provides that "[t]he certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2)."

For the reasons set forth in the Court's May 27, 2009, Memorandum and Order (*see* Doc. 30), Petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, the motion for a certificate of appealability (Doc. 32) is **DENIED**.

**IT IS SO ORDERED.**

DATED: 7/1/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge